Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telepehone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff ANI PIRJANIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI PIRJANIAN, an individual, | **CASE NO.: CV14-1224 JC** |
| Plaintiff, | |
| vs. | **NOTICE OF CONDITIONAL SETTLEMENT** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, etc., | |
| Defendants. | |

**TO THE HONORABLE COURT HEREIN:**

PLEASE TAKE NOTICE that a written settlement agreement has been signed by both parties resolving all of the issues raised in the above-captioned matter. Performance under that agreement is anticipated within thirty (30) days, whereupon Plaintiff will file a request for dismissal of the entire action with prejudice.

The Defendant has not made a formal appearance in this matter.

DATED: April 2, 2014                    Respectfully submitted,


                                By:   */S/   Aidan W. Butler*
                                      Aidan W. Butler
                                      Attorney for Plaintiff
                                      ANI PIRJANIAN

---

CV14-1224 JC                           1                    NOTICE OF SETTLEMENT